FILED

2018 JAN 10 PM 12: 50

CLERK US...
NORTHERN...

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 3:18 CR 26 |
| KARL J. ROGERS, | ) ) | Title 18, Section 2252(a)(2), United States Code |
| Defendant. | ) ) | JUDGE JAMES G. CARR |
| | | MAG. JUDGE JAMES R. KNEPP II |

COUNT 1
(Receipt and Distribution of Child Pornography, 18 U.S.C. § 2252(a)(2))

The Grand Jury charges:

From on or about October 7, 2017 to on or about December 13, 2017, in the Northern District of Ohio, Western Division, and elsewhere, Defendant, KARL ROGERS, did knowingly receive and distribute numerous visual depictions using any means or facility of interstate commerce, the production of such visual depictions involved the use of minors engaged in sexually explicit conduct, and such visual depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

ORIGINAL

## FORFEITURE SPECIFICATION

The Grand Jury further charges:

The allegations of Count 1 are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253. As a result of the foregoing offense, KARL J. ROGERS, the defendant herein, shall forfeit to the United States: (i) all visual depictions described in 18 U.S.C. Section 2252, and all books, magazines, periodicals, films, videotapes, and other matter which contain any such visual depictions, which were produced, transported, mailed, shipped or received in violation of 18 U.S.C. Chapter 110; (ii) all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offense charged in Count 1; and, (iii) all property, real and personal, used - or intended to be used - to commit or to promote the commission of the offense charged in Count 1 and all property traceable to such property; including, but not limited to, the following:

a) Canon Camera, model ds6041, seized on December 13, 2017;
b) (4) Sandisk memory cards, two 8gb and two 32gb, seized on December 13, 2017;
c) (3) Apple iPhones, seized on December 13, 2017;
d) Apple iPad, seized on December 13, 2017;
e) (2) Apple iPods, seized on December 13, 2017;
f) My Passport Ultra, HD portable hard drive, 1tb, seized on December 13, 2017;
g) (4) Fugi Film floppy disks, seized on December 13, 2017;
h) (4) Zip Disks, seized on December 13, 2017;
i) GoPro Hero 3 digital camera and micro-SD card, seized on December 13, 2017;
j) (10) CD/DVD disks, seized on December 13, 2017;
k) Digital camera/video camera and SD cards, seized on December 13, 2017;
l) Panasonic laptop cf73, seized on December 13, 2017;
m) (2) My Passport Western Digital hard drives, seized on December 13, 2017;
n) Silicon Power hard drive, 1tb, seized on December 13, 2017.

A TRUE BILL.

Original document—Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.