IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.    3:18CR26 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES G. CARR, SR. |
| | ) | |
| v. | ) | |
| | ) | |
| KARL J. ROGERS, | ) | |
| | ) | MOTION OF THE UNITED STATES FOR A |
| Defendant. | ) | FINAL ORDER OF FORFEITURE |

NOW COMES the United States of America, by and through the undersigned counsel, and moves this Court for a Final Order of Forfeiture in the above-captioned case. In support thereof, plaintiff represents to the Court the following facts:

1. The United States hereby incorporates by reference, as though fully set forth herein, all of its averments contained in the Motion of the United States for a Preliminary Order of Forfeiture filed on October 21, 2019.

2. On November 5, 2019, this Court initially forfeited the following properties subject to the provisions of 21 U.S.C. § 853(n) [as incorporated by 18 U.S.C. § 2253]:

   a. Cannon Camera, model ds6041, seized on December 13, 2017;
   b. (4) Sandisk memory cards, two 8gb and two 32gb, seized on December 13, 2017;
   c. (3) Apple iPhones, seized on December 13, 2017;
   d. Apple iPad, seized on December 13, 2017;
   e. (2) Apple iPods, seized on December 13, 2017;
   f. My Passport Ultra, HD portable hard drive, ltb, seized on December 13, 2017;
   g. (4) Fugi Film floppy disks, seized on December 13, 2017;
   h. (4) Zip Disks, seized on December 13, 2017;

   i. GoPro Hero 3 digital camera and micro-SD card, seized on December 13, 2017;
   j. (10) CD/DVD disks, seized on December 13, 2017;
   k. Digital camera/video camera and SD cards, seized on December 13, 2017;
   l. Panasonic laptop cf73, seized on December 13, 2017;
   m. (2) My Passport Western Digital hard drives, seized on December 13, 2017;
   n. Silicon Power hard drive, 1tb, seized on December 13, 2017.

3. Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the initially forfeited property are entitled to a judicial determination of the validity of the legal claims or interest they assert.

4. The United States published notification of the Court's Preliminary Order of Forfeiture on www.forfeiture.gov, an official government internet site for 30 consecutive days beginning on January 11, 2020 and ending on February 9, 2020. Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the subject properties.

5. No claims were made to the initially forfeited properties.

WHEREFORE, the United States moves this Court for a Final Order of Forfeiture declaring the following properties, forfeited to the United States and directing the United States to dispose of them in accordance with law:

   a. Cannon Camera, model ds6041, seized on December 13, 2017;
   b. (4) Sandisk memory cards, two 8gb and two 32gb, seized on December 13, 2017;
   c. (3) Apple iPhones, seized on December 13, 2017;
   d. Apple iPad, seized on December 13, 2017;
   e. (2) Apple iPods, seized on December 13, 2017;
   f. My Passport Ultra, HD portable hard drive, ltb, seized on December 13, 2017;
   g. (4) Fugi Film floppy disks, seized on December 13, 2017;
   h. (4) Zip Disks, seized on December 13, 2017;
   i. GoPro Hero 3 digital camera and micro-SD card, seized on December 13, 2017;
   j. (10) CD/DVD disks, seized on December 13, 2017;
   k. Digital camera/video camera and SD cards, seized on December 13, 2017;
   l. Panasonic laptop cf73, seized on December 13, 2017;

  m.  (2) My Passport Western Digital hard drives, seized on December 13, 2017;
  n.  Silicon Power hard drive, 1tb, seized on December 13, 2017.

          Respectfully submitted,

          JUSTIN E. HERDMAN
          United States Attorney

  By:  /s/ Henry F. DeBaggis
       Henry F. DeBaggis
       Reg. No. 0007561
       Assistant U.S. Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Phone: (216) 622-3749
       Fax: (216) 522-7499
       Henry.debaggis@usdoj.gov