IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.    3:18CR26 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. CARR, SR. |
| | ) | |
| v. | ) | |
| | ) | |
| KARL J. ROGERS, | ) | |
| | ) | |
| Defendant. | ) | FINAL ORDER OF FORFEITURE |

The Court finds that proper proceedings have been had in this case for the issuance of a Final Order of Forfeiture, as follows:

1.   On November 5, 2019, this Court initially forfeited the following properties subject to the provisions of 21 U.S.C. § 853(n) [as incorporated by 18 U.S.C. § 2253]:

   a. Cannon Camera, model ds6041, seized on December 13, 2017;
   b. (4) Sandisk memory cards, two 8gb and two 32gb, seized on December 13, 2017;
   c. (3) Apple iPhones, seized on December 13, 2017;
   d. Apple iPad, seized on December 13, 2017;
   e. (2) Apple iPods, seized on December 13, 2017;
   f. My Passport Ultra, HD portable hard drive, 1tb, seized on December 13, 2017;
   g. (4) Fugi Film floppy disks, seized on December 13, 2017;
   h. (4) Zip Disks, seized on December 13, 2017;
   i. GoPro Hero 3 digital camera and micro-SD card, seized on December 13, 2017;
   j. (10) CD/DVD disks, seized on December 13, 2017;
   k. Digital camera/video camera and SD cards, seized on December 13, 2017;
   l. Panasonic laptop cf73, seized on December 13, 2017;
   m. (2) My Passport Western Digital hard drives, seized on December 13, 2017;
   n. Silicon Power hard drive, 1tb, seized on December 13, 2017.

2. Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the initially forfeited property are entitled to a judicial determination of the validity of the legal claims or interest they assert.

3. The United States published notification of the Court's Preliminary Order of Forfeiture on www.forfeiture.gov, an official government internet site for 30 consecutive days beginning on January 11, 2020 and ending on February 9, 2020. Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the subject properties.

4. No claims were made to the initially forfeited properties.

THEREFORE, it is hereby ORDERED, ADJUDGED and DECREED:

The following properties are finally forfeited to the United States, pursuant to 21 U.S.C. § 853 for disposition in accordance with law:

  a. Cannon Camera, model ds6041;
  b. (4) Sandisk memory cards, two 8gb and two 32gb;
  c. (3) Apple iPhones;
  d. Apple iPad;
  e. (2) Apple iPods;
  f. My Passport Ultra, HD portable hard drive, 1tb;
  g. (4) Fugi Film floppy disks;
  h. (4) Zip Disks;
  i. GoPro Hero 3 digital camera and micro-SD card;
  j. (10) CD/DVD disks;
  k. Digital camera/video camera and SD cards;
  l. Panasonic laptop cf73;
  m. (2) My Passport Western Digital hard drives; and,
  n. Silicon Power hard drive, 1tb.

IT IS SO ORDERED this ____ day of _____, 2020.

                _____
                JEFFREY J. HELMICK
                UNITED STATES DISTRICT JUDGE