FILED

10:38 am Sep 01 2020
Clerk U.S. District Court
Northern District of Ohio
Cleveland

AO 243 (Rev. 09/17)

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District _Northern District of Ohio_ | |
|---|---|---|
| **Name** (under which you were convicted):<br>_Karl James Rogers_ | | **Docket or Case No.:**<br>_3:18-cr-00026_ |
| **Place of Confinement:**<br>_Federal Satellite Low Elkton_ | **Prisoner No.:**<br>_65276-060_ | |
| UNITED STATES OF AMERICA<br>V. | **Movant** (include name under which convicted)<br>_Karl James Rogers_ | |

### MOTION

1.  (a) Name and location of court which entered the judgment of conviction you are challenging:

    _Federal District Court, Northern District of Ohio, Toledo, Ohio_

    (b) Criminal docket or case number (if you know): _3:18-cr-00026_

2.  (a) Date of the judgment of conviction (if you know): _September 26, 2019_

    (b) Date of sentencing: _September 23, 2019_

3.  Length of sentence: _96 months_

4.  Nature of crime (all counts):

    _18 usc 2252(a)(2) Receipt and Distribution of Child Pornography_

5.  (a) What was your plea? (Check one)

    (1) Not guilty ☒     (2) Guilty ☐     (3) Nolo contendere (no contest) ☐

6.  (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _N/A_

6.  If you went to trial, what kind of trial did you have? (Check one)     Jury ☒     Judge only ☐

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ☒     No ☐

AO 243 (Rev. 09/17)

8.   Did you appeal from the judgment of conviction?          Yes ☐          No ☒

9.   If you did appeal, answer the following:

   (a)  Name of court: _____ N/A _____

   (b)  Docket or case number (if you know): _____ N/A _____

   (c)  Result: _____ N/A _____

   (d)  Date of result (if you know): _____ N/A _____

   (e)  Citation to the case (if you know): _____ N/A _____

   (f)  Grounds raised: _____

   _____ N/A _____

   _____

   _____

   _____

   _____

   _____

   (g)  Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐     No ☒

      If "Yes," answer the following:

      (1)  Docket or case number (if you know): _____ N/A _____

      (2)  Result: _____ N/A _____

      _____

      (3)  Date of result (if you know): _____ N/A _____

      (4)  Citation to the case (if you know): _____ N/A _____

      (5)  Grounds raised: _____ N/A _____

      _____

      _____

      _____

      _____

      _____

10.   Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?

   Yes ☐      No ☒

11.   If your answer to Question 10 was "Yes," give the following information:

   (a)  (1)  Name of court: _____ N/A _____

      (2)  Docket or case number (if you know): _____ N/A _____

      (3)  Date of filing (if you know): _____ N/A _____

AO 243 (Rev. 09/17)

    (4)  Nature of the proceeding: _____ N/A _____

    (5)  Grounds raised: _____ N/A _____

_____

_____

_____

_____

_____

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

           Yes ☐       No ☐    N/A

    (7)  Result: _____ N/A _____

    (8)  Date of result (if you know): _____ N/A _____

(b)  If you filed any second motion, petition, or application, give the same information:

    (1)  Name of court: _____ N/A _____

    (2)  Docket of case number (if you know): _____ N/A _____

    (3)  Date of filing (if you know): _____ N/A _____

    (4)  Nature of the proceeding: _____ N/A _____

    (5)  Grounds raised: _____ N/A _____

_____

_____

_____

_____

_____

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

           Yes ☐       No ☐    N/A

    (7)  Result: _____ N/A _____

    (8)  Date of result (if you know): _____ N/A _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)  First petition:      Yes ☐      No ☐ N/A

    (2)  Second petition:    Yes ☐      No ☐ N/A

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____ N/A _____

_____

_____

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Ineffective Assistance of Counsel.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Attorney failed to negotiate plea agreement, and set a change of plea hearing without consulting me. At trial attorney failed to file motions to supress evidence. Attorney used strategy at trial that made me look worse to the jury. After trial, attorney was routinely not taking my calls, and also had to file motions to move sentencing due to his poor health. At sentencing attorney failed to demand a hearing for restitution and forfeiture. After sentencing attorney failed to file a direct appeal on my behalf as directed by me. Attorney failed to provide copy of case file to me when asked to do so by my father.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐     No ☐     N/A

(2) If you did not raise this issue in your direct appeal, explain why:  N/A

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐     No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:  N/A

Name and location of the court where the motion or petition was filed:  N/A

Docket or case number (if you know):  N/A

Date of the court's decision:  N/A

Result (attach a copy of the court's opinion or order, if available):  N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐     No ☐     N/A

Page 5 of 13

AO 243 (Rev. 09/17)

(4)   Did you appeal from the denial of your motion, petition, or application?

      Yes ☐      No ☐         N/A

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

      Yes ☐      No ☐         N/A

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:    N/A

Docket or case number (if you know):    N/A

Date of the court's decision:    N/A

Result (attach a copy of the court's opinion or order, if available):    N/A

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:    N/A

**GROUND TWO:** Denial of due process

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Judge issued faulty jury instructions at trial. The judge instructed the jury to disregard any reference to distribution in making their decision, even when the indictment read "Receipt AND Distribution of Child Pornography." Furthermore the judgement paperwork reads Di Receipt and Distribution when the instruction given was to disregard distribution.

(b)  **Direct Appeal of Ground Two:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐      No ☐         N/A

AO 243 (Rev. 09/17)

(2)  If you did not raise this issue in your direct appeal, explain why:  _N/A_

_____

(c)  **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐        No ☒

    (2)  If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____ _N/A_

    Name and location of the court where the motion or petition was filed: _N/A_

_____

    Docket or case number (if you know): _____ _N/A_

    Date of the court's decision: _____ _N/A_

    Result (attach a copy of the court's opinion or order, if available): _N/A_

_____

    (3)  Did you receive a hearing on your motion, petition, or application?

        Yes ☐        No ☐        _N/A_

    (4)  Did you appeal from the denial of your motion, petition, or application?

        Yes ☐        No ☐        _N/A_

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐        No ☐        _N/A_

    (6)  If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _N/A_

_____

    Docket or case number (if you know): _____ _N/A_

    Date of the court's decision: _____ _N/A_

    Result (attach a copy of the court's opinion or order, if available): _N/A_

_____

    (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

    issue: _N/A_

_____

_____

_____

_____

_____

AO 243 (Rev. 09/17)

**GROUND THREE:**   Denied Speedy Trial

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Approximately 21 months elapsed between date of arrest and date of sentencing. 15 months elapsed between arrest and trial. During this time the government filed multiple motions to extend deadlines. Among these was a motion to negotiate a plea bargain, which the government never attempted to make an offer to my knowledge.

(b) **Direct Appeal of Ground Three:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐          No ☐            N/A

(2)  If you did not raise this issue in your direct appeal, explain why:

N/A

(c) **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐          No ☒            N/A

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____ N/A

Date of the court's decision: _____ N/A

Result (attach a copy of the court's opinion or order, if available): _____ N/A

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐          No ☐            N/A

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐          No ☐            N/A

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐          No ☐            N/A

AO 243 (Rev. 09/17)

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:  _____N /A_____

Docket or case number (if you know):  _____N /A_____

Date of the court's decision:  _____N/A_____

Result (attach a copy of the court's opinion or order, if available):  _____N /A_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue:  _____N / A_____

**GROUND FOUR:**  Denied  Due  Process

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

I was not given a hearing to determine Restitution or Forfeiture, and the government never proved that forfeiture was warranted for all but 3 items that were seized during search warrant. Government also did not prove that there was proximate cause to order restitution. Goverment never proved that conduct that I was found guilty of during specified indictment period applies to victims which I am paying restitution to.

(b)  **Direct Appeal of Ground Four:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☐        N/A

(2)  If you did not raise this issue in your direct appeal, explain why:

_____N/A_____

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☒        N/A

(2)  If you answer to Question (c)(1) is "Yes," state:

N/A

AO 243 (Rev. 09/17)

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed: ____ N/A _____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐       No ☐       N/A

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐       No ☐       N/A

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐       No ☐       N/A

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N/A _____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____ N/A _____

13.  Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: ~~N/A~~

Grounds 1-4, They were not presented due to the time limit expiring for direct appeal and also due to the fact that I had no legal representation and I have little knowledge of how to file legal documents.

AO 243 (Rev. 09/17)

14.  Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?        Yes ☐        No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____ N/A _____

_____

_____

_____

_____

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a)  At the preliminary hearing: *Reese M. Wineman*
*Norwalk, Ohio*

(b)  At the arraignment and plea: *Reese M. Wineman*
*Norwalk, Ohio*

(c)  At the trial: *Reese M. Wineman*
*Norwalk, Ohio*

(d)  At sentencing: *Russell J. Leffler*
*Norwalk, Ohio*

(e)  On appeal: _____ N/A _____

(f)  In any post-conviction proceeding: _____ N/A _____

(g)  On appeal from any ruling against you in a post-conviction proceeding: *N/A*

_____

16.  Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?        Yes ☐        No ☒

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        Yes ☐        No ☒

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future:
_____ N/A _____

(b)  Give the date the other sentence was imposed: _____ N/A _____
(c)  Give the length of the other sentence: _____ N/A _____
(d)  Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?        Yes ☐        No ☐        *N/A*

AO 243 (Rev. 09/17)

18.  TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain
why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

N/A

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255,
paragraph 6, provides in part that:
A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run
from the latest of –
(1)  the date on which the judgment of conviction became final;
(2)  the date on which the impediment to making a motion created by governmental action in violation of
the Constitution or laws of the United States is removed, if the movant was prevented from making such a
motion by such governmental action;
(3)  the date on which the right asserted was initially recognized by the Supreme Court, if that right has
been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral
review; or
(4)  the date on which the facts supporting the claim or claims presented could have been discovered
through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief: _Vacate convicion and Judgements with prejudice._

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _August 27 2020_ .
(month, date, year)

Executed (signed) on _August 26 2020_ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

_____

_____

_____