Karl Rogers
65276-060
Federal Satellite Low ELKTON
P.O. Box 10
Lisbon, OH 44432

Clerk, United States District Court
Northern District of Ohio
801 West Superior Ave.
Cleveland, OH 44113-1830

Legal Mail