IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:18CR00026 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES G. CARR |
| | ) | |
| v. | ) | |
| | ) | |
| KARL J. ROGERS, | ) | |
| | ) | PETITION FOR WRIT OF HABEAS |
| Defendant. | ) | <u>CORPUS</u> |
| | ) | |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, WESTERN DIVISION:

The petitioner, Matthew D. Simko, Assistant United States Attorney for the Northern District of Ohio, respectfully submits to the Court that Karl J. Rogers is now confined to the FCI ELKTON, in Lisbon, Ohio, and is in the custody of the Warden for said Institution.

Your petitioner further shows to the Court that the defendant has filed a motion pursuant to 28 U.S.C. §2255 and pursuant to said motion is to appear for an Evidentiary Hearing on July 12, 2023, at 11:30am before the Honorable Judge James G. Carr in the United States District Court for the Northern District of Ohio, WESTERN Division.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus issue from this Court to the above-named custodian and/or the United States Marshal at Toledo, OH or their designee, and/or Federal Bureau of Investigation and/or the Bureau of Prisons to produce the defendant before this Court at the above-specified time and place and for such other and further proceedings as the Court may deem proper; and that immediately after the said defendant

completes this and any future court proceedings, be returned to said custodian under safe and secure conduct.

                                                            Respectfully submitted,

                                                            MICHELLE M. BAEPPLER
                                                            First Assistant United States Attorney

                            By:    /s/ *Matthew D. Simko*
                                              Matthew D. Simko (OH: 0086787)
                                              Assistant United States Attorney
                                              Four Seagate, Suite 308
                                              Toledo, OH 43604
                                              (419) 259-6376
                                              (419) 259-6360 (facsimile)
                                              Matthew.Simko@usdoj.gov

I, Matthew D. Simko, do declare under penalty of perjury that the foregoing is true and correct.

                                                            s/ Matthew D. Simko
                                                            Matthew D. Simko
                                                            Assistant United States Attorney

Executed on 5/23/2023.