IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:18CR00026 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES G. CARR |
| | ) | |
| v. | ) | |
| | ) | |
| KARL J. ROGERS, | ) | |
| | ) | |
| Defendant. | ) | JOURNAL ENTRY |
| | ) | |
| | ) | |

This matter came on to be heard upon the petition of Matthew D. Simko, Assistant United States Attorney for the Northern District of Ohio, for a Writ of Habeas Corpus directed to the Warden, FCI Elkton, and/or the United States Marshal at Toledo, Ohio or their designee, and/or Federal Bureau of Investigation.  The Court, being fully advised in the said matter, finds that the said Karl J. Rogers, is detained in the FCI Elkton, Libson, OH, under the custody of said Warden.

The Court further finds that the said United States desires to proceed to an Evidentiary Hearing, before the Honorable Judge James G. Carr on July 12, 2023, at 11:30am, and to other court proceedings, as this Court may deem proper.

THEREFORE, upon consideration thereof, IT IS ORDERED, ADJUDGED and DECREED that the said Writ of Habeas Corpus issue and that the said Writ be delivered to the United States Marshal at Toledo, Ohio or their designee, and/or Federal Bureau of Investigation.

_____
JAMES G. CARR
UNITED STATES DISTRICT JUDGE